## FITCH, SHERIFF, v. SCOT & UPSON.

The court will give judgment for the plaintiff notwithstanding the verdict is for the defendant, if upon the whole record, it appears the right of the case is with the plaintiff.

ACTION on bond, conditioned, that said Scot, who was in prison upon an execution in favor of Samuel Wales, for £32 18s. 10d. lawful money, should abide a true and faithful prisoner; alleging a breach, that he made his escape from prison on the 11th of November inst. per writ dated 18th of November A. D. 1791.

Plea in bar — That on the 23d day of June, A. D. 1791, between half an hour after four o'clock, and half an hour after five o'clock in the afternoon, said Scot took the oath provided by law for poor prisoners; that the creditor furnished money for his support for twenty weeks from that time, and no more; that said twenty weeks expired on the

10 of November after, between half an hour after four o'clock, and half after five in the afternoon; that said Scot remained a faithful prisoner until twenty minutes after six o'clock in the afternoon of said day, and supped at his own expense; and there being no more money left with said gaoler or said Scot for his support, he went out of prison as well he might.

The plaintiff replied — That said oath was administered between twenty minutes after six and seven o'clock in the afternoon of said 23d of June; and that money was furnished regularly for said Scot's support for twenty weeks, and until twenty minutes after six o'clock in the afternoon of said 10th, and at twenty minutes after six o'clock in the afternoon of said 10th of November the creditor left with said gaoler six shillings for the support of said Scot, the week then next ensuing. And said Scot made his escape between six and eight o'clock in the morning of the 11th of November aforesaid; and that he ought not to be barred without that, that said oath was administered to said Scot, between half after four and half after five o'clock, in the afternoon of said 23d of June.

The defendants accepted the traverse, and issue was joined to the jury; and the jury found that said oath was administered between half after four, and half after five o'clock in the afternoon of said 23d of June, and found for the defendants their cost. Upon which the plaintiff exhibited a motion for judgment in his favor, upon the ground that by the pleadings and the whole record taken together the plaintiff was entitled to judgment, the verdict notwithstanding.

By the COURT. Judgment for the plaintiff; for it appears by the plea in bar, that said Scot went out of prison, at twenty minutes after six o'clock in the afternoon of said 10th, which was too soon, the money left being expended not two hours before; immediately upon which more money was left. If he remained in until the next morning and then went out, it was after the six shillings was left, and clearly an escape: And it is the duty of the court to give judgment according to law upon the whole record. See Sheriff Fitch v. Cook, etc. New Haven, last circuit.